No. 10. PENNSYLVANIA *v.* NELSON. Certiorari, 348 U. S. 814, to the Supreme Court of Pennsylvania, Western District. The motion for leave to appear and present oral argument on behalf of Phil Feldman and others, as *amici curiae,* is denied.

No. 15, Misc. BONGIORNO *v.* RAGEN, WARDEN, ET AL.;
No. 119, Misc. FARRELL *v.* TINSLEY, WARDEN;
No. 167, Misc. SPENCER *v.* STEINER, WARDEN;
No. 173, Misc. ANDERSON *v.* RANDOLPH, WARDEN;
No. 190, Misc. ZIPKIN *v.* MARTIN, WARDEN, ET AL.;
No. 197, Misc. HILDEBRANDT *v.* MADIGAN, WARDEN; and
No. 214, Misc. PETERS *v.* JOHNSTON, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied. Petitioners *pro se. Latham Castle,* Attorney General of Illinois, for respondents in No. 15, Misc.

No. 43, Misc. WANAMAKER *v.* SUPREME COURT OF OHIO ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 184, Misc. McDOWELL *v.* SHERIFF OF LINN COUNTY, IOWA, ET AL. Petition for writ of injunction denied.

No. 212, Misc. SESSIONS *v.* MANNING, SUPERINTENDENT, SOUTH CAROLINA PENITENTIARY. Application denied.